IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–123–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| AMBER MARIE BRUSE, | |
| Defendant. | |

Before the Court is Defendant Amber Marie Bruse's unopposed motion for self-surrender.  (Doc. 104.)  Defendant was erroneously released prematurely, and has since received a directive to surrender to the United States Marshals by October 19, 2023, at 3:00 p.m.  (*Id.* at 2.)  Defendant requests permission to self-surrender directly to her designated Bureau of Prisons facility, FCI Dublin, on October 26, 2023, by 10:00 a.m.  (*Id.*)  The United States of America does not oppose.  (*Id.*)

Accordingly, IT IS ORDERED that Defendant Amber Marie Bruse will self-surrender directly to FCI Dublin on October 26, 2023, by 10:00 a.m.

1

DATED this 19th day of October, 2023.

Dana L. Christensen, District Judge
United States District Court